UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BALJINDER KAUR,

        Plaintiff,

  - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
15-CV-6494 (RRM)

    A Memorandum and Order having been issued by the undersigned this day, granting Defendant's motion for judgment on the pleadings, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff Baljinder Kaur take nothing as against defendant the Commissioner of Social Security.

    The Clerk of Court is directed to dismiss this action and close the case.

                                    SO ORDERED.

Dated: Brooklyn, New York
       March 23, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge